232 So.2d 78

**FINE ARTS CENTER and Museum of Old Imperial Calcasieu, Inc., Frank R. Gibson, Edith G. Gibson, Garnett E. Barham and Jane G. Barham**

v.

**CITY OF LAKE CHARLES.**

No. 50392.

March 12, 1970.

In re: City of Lake Charles applying for certiorari or writ of review, to the Court

of Appeal, Third Circuit, Parish of Calcasieu. 229 So.2d 773.

Writ refused. Considering all circumstances of the case, we cannot say that the result reached by the Court of Appeal is incorrect.